1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12  DONGXUE QI,                          )
                                         )   No. C 06-7180 MHP
13               Plaintiff,              )
                                         )
14        v.                             )   **STIPULATION TO DISMISS AND**
                                         )   **[PROPOSED] ORDER**
15  ALBERTO GONZALES, United States      )
    Attorney General; EMILIO GONZALEZ,   )
16  Director, United States Citizenship and )
    Immigration Services; KEVIN RYAN,    )
17  United States Attorney California Northern )
    District; DAVID STILL, District Director, )
18                                       )
                 Defendants.             )
19  _____  )

20        Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

21  of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

22  action without prejudice in light of the fact that the United States Citizenship and Immigration

23  Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to

24  adjudicate such application within 30 days of the dismissal of this action.

25        Each of the parties shall bear their own costs and fees.

26  ///

27  ///

28

Stip. of Dismissal
C06-7180 MHP                              1

1   Dated: January ___, 2007

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

8   Dated: January ___, 2007

*see faxed signature*

BRUCE C. WONG
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:      Jan. 11, 2007

MARILYN HALL PATEL
United States District Judge

Stip. of Dismissal
C06-7180 MHP

2



1    Dated: January ____, 2007                    Respectfully submitted,

2                                                 KEVIN V. RYAN
                                                  United States Attorney
3

4
                                                  _____
5                                                 ILA C. DEISS
                                                  Assistant United States Attorney
6                                                 Attorneys for Defendants

7

8
     Dated: January _9_, 2007
9                                                 _____
                                                  BRUCE C. WONG
10                                                Attorney for Plaintiff

11

12                                    **ORDER**

13       Pursuant to stipulation, IT IS SO ORDERED.

14

15
     Date:
16                                                _____
                                                  MARILYN HALL PATEL
17                                                United States District Judge

18

19

20

21

22

23

24

25

26

27

28

Stip. of Dismissal
C06-7180 MHP                          2